**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOEY A. BARRIENTOS, ) | NO. EDCV 10-01675 DMG (SS) |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| L.S. McEWEN, Warden, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 29, 2012

　　　　　　　　　　　　　　　　　　　_/s/ Dolly M. Gee_
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE